IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Sandra L

Printed: 10/29/08

Case Number: 08 B 19715
Judge: Hollis, Pamela S
Filed: 7/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 20, 2008
Confirmed: September 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 653.80 |
| Trustee Fee: |  | 46.20 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jahnke & Toolis LLC | Administrative | 2,314.00 | 653.80 |
| 2. | Regional Income Tax Agency | Priority | 311.04 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 543.84 | 0.00 |
| 4. | Ginny's | Unsecured | 191.16 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 1,119.94 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 361.62 | 0.00 |
| 7. | Progner Smith Medical | Unsecured | 36.57 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 119.59 | 0.00 |
| 9. | Swiss Colony | Unsecured | 345.01 | 0.00 |
| 10. | Figi's Inc. | Unsecured | 131.92 | 0.00 |
| 11. | Columbia Gas | Unsecured | 642.72 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 137.22 | 0.00 |
| 13. | Kim W Mueller | Unsecured | 7,500.00 | 0.00 |
| 14. | Diversified Collection Service | Unsecured | 425.00 | 0.00 |
| 15. | State Of Ohio | Priority |  | No Claim Filed |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | City Of Middleburg Heights | Priority |  | No Claim Filed |
| 18. | Ohio Department Of Taxation | Priority |  | No Claim Filed |
| 19. | Internal Revenue Service | Priority |  | No Claim Filed |
| 20. | Adelphia Cable | Unsecured |  | No Claim Filed |
| 21. | Anil K Ghandi, MD | Unsecured |  | No Claim Filed |
| 22. | Trace Ambulance | Unsecured |  | No Claim Filed |
| 23. | Fast & Reliable Cash | Unsecured |  | No Claim Filed |
| 24. | First Federal Credit | Unsecured |  | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 26. | CBCS | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Sandra L

Printed: 10/29/08

Case Number:  08 B 19715
Judge:  Hollis, Pamela S
Filed:  7/30/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Benjamin Michael & Associates | Unsecured | | No Claim Filed |
| 28. | CB Accounts | Unsecured | | No Claim Filed |
| 29. | CBCS | Unsecured | | No Claim Filed |
| 30. | CB Stark Col | Unsecured | | No Claim Filed |
| 31. | City Of Cleveland | Unsecured | | No Claim Filed |
| 32. | CBCS | Unsecured | | No Claim Filed |
| 33. | City Of Cleveland | Unsecured | | No Claim Filed |
| 34. | David Fox | Unsecured | | No Claim Filed |
| 35. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 36. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 37. | First Federal Credit | Unsecured | | No Claim Filed |
| 38. | First Federal Credit | Unsecured | | No Claim Filed |
| 39. | First Federal Credit | Unsecured | | No Claim Filed |
| 40. | First Federal Credit | Unsecured | | No Claim Filed |
| 41. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 42. | Account Recovery Service | Unsecured | | No Claim Filed |
| 43. | First Federal Credit | Unsecured | | No Claim Filed |
| 44. | First Federal Credit | Unsecured | | No Claim Filed |
| 45. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 46. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 47. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 48. | Medical Accounting Service | Unsecured | | No Claim Filed |
| 49. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 50. | MRSI | Unsecured | | No Claim Filed |
| 51. | LHR Inc | Unsecured | | No Claim Filed |
| 52. | LTD Commodities | Unsecured | | No Claim Filed |
| 53. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 54. | MRSI | Unsecured | | No Claim Filed |
| 55. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 56. | Guy H Gattone DDS | Unsecured | | No Claim Filed |
| 57. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 58. | MRSI | Unsecured | | No Claim Filed |
| 59. | MRSI | Unsecured | | No Claim Filed |
| 60. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 61. | Northeast Ohio | Unsecured | | No Claim Filed |
| 62. | North American Credit Inc | Unsecured | | No Claim Filed |
| 63. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 64. | Northwest Collectors | Unsecured | | No Claim Filed |
| 65. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 66. | Revenue Group | Unsecured | | No Claim Filed |
| 67. | Revenue Group | Unsecured | | No Claim Filed |
| 68. | Rossman & Co | Unsecured | | No Claim Filed |
| 69. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 70. | Stanley Selinger PhD | Unsecured | | No Claim Filed |
| 71. | Sonic Payday | Unsecured | | No Claim Filed |
| 72. | Trustmark Recoery Serives | Unsecured | | No Claim Filed |
| 73. | State Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Sandra L | Case Number: 08 B 19715 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 10/29/08 | Filed: 7/30/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 74. | I C Systems Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,179.63 | $ 653.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 46.20 |
|  | $ 46.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

